UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C 10–01489 MHP

In re IVONNE CURIEL,

**ORDER DISMISSING APPEAL**

      Appellant/Debtor.

_____/

     A notice of appeal from an order of the Bankruptcy Court for this District was filed on April 8, 2010.  No filing has been made by Appellant-Debtor since that time.  Thus, she has failed to designate the record and perfect the appeal as required by Federal Rule of Bankruptcy Procedure 8006.  Pursuant to Rule 8007-1(c)(2) of the Bankruptcy Local Rules Bankruptcy Judge Jaroslovsky has recommended that the appeal be dismissed.   Therefore, in accordance with Federal Rule of Bankruptcy Procedure 8001(a),

     IT IS HEREBY ORDERED that this appeal is DISMISSED for failure to perfect the appeal.

Date: July 8, 2010

_____
MARILYN HALL PATEL
United States District Court Judge